CAUSE : F10-31056-K

EX PARTE                          §        IN THE 4th JUDICIAL

KENDRICK MEANS WRIGHT,            §        DISTRICT COURT   OF
PRO SE
                                  §        DALLAS COUNTY, TEXAS

                                  §

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 12 2015

Abel Acosta, Clerk

## MOTION FOR POST CONVICTION D.N.A. TEST
### ( Pursuant to §64.01 C.C.P. )

COMES NOW, KENDRICK MEANS WRIGHT, EXPARTE, appearing through
Pro Se representation to move this Court to ORDER D.N.A. testing
under article 64.01 of the Texas code of criminal procedure; and
in support of his MOTION, HE would show this COURT the following:

I.

Movant was convicted of a Sexual Assault crime involving minor
children, after stating his innocence throughout the preliminary
hearings of the case, his public defender convinced him to plead
guilty since he had no chance of winning at trial.  Subsequently,
he plead guilty and received 30yrs in prison.  MOVANT is NOT
GUILTY and wholeheartedly INNOCENT of this crime and has been
made aware that it is now possible to prove his innocence
through the innovative technological advancements of D.N.A.

He therefore requests that any and all articles of biological
evidence that was in the possession of the STATE and preserved
in a manner that makes testing possible, be brought before this
COURT in accordance with §64.03(a)(1)(A)(i)(ii).  Secondly,
"Identity "is" an issue in this case, as required by §64.03(B)
c.c.p. because innocent children identified me as the person who
committed a crime of sexual assault against them and although,
I am not certain whether it is because their mother (whom I had
a rocky relationship with) taught and coached them to fabricate
the assault or if it is because an unknown 3rd party actually
committed a crime against them and for reasons unknown to me,
His identity is being cloaked in secrecy,but I AM INNOCENT just
as I asserted to my appeal Attorney, Ms. Dunn, who attempted
to coerce me into signing a MOTION TO DISMISS my appeal!
     If I had been given an attorney who would have sought D.N.A.
testing at the time of my trial in order to exclude me as a
person capable of the commission of this crime and had jurors
been able to  view the exculpatory results, I know that at least
one juror would not have been able to convict and thus, by a
preponderance of the evidence I would not have been found guilty.

II.

     The request for D.N.A. TESTING has not been made to
unreasonably delay the administration of justice or the
execution of the sentence but is being made to uncover the
truth and tro prove my innocence.

# P R A Y E R

WHEREFORE PREMISES CONSIDERED, Movant WRIGHT, Prays that this Honorable COURT will hold a hearing, Order all biological evidence brought before it, test the articles of evidence for the presence of D.N.A. in order to exclude him as the person who could have committed this crime. And GRANT him any other additional remedies he may be entitled to in EQUITY AND IN LAW.

SIGNED ON THIS 4 DAY OF AuGu6T 2015.

BY: _____

## AFFIDAVIT IN SUPPORT OF MOTION FOR D.N.A. TESTING

My Name is KENDRICK WRIGHT and I am the person requesting this honorable COURT to conduct D.N.A. Testing under chapter 64.01 of the code of criminal procedure. I did not sexually assault any one and I stand wrongfully convicted of a crime that I did not commit. The only chance I have at proving my innocent is to hope for the presence of some biological evidence that was preserved by the STATE. Maybe sheets collected from the home or clothing worn during the alleged crime (by the child) or D.N.A. evidence collected from a child during the S.A.N.E. exame, that can be used to exclude me as the person whose D.N.A. is present in the biological material. I am certain that if such evidence exist and is made available for testing. I would have prevailed at trial and would not have been found guilty had it been presented to jurors. I am also certain that if it is presented to a subsequent jury in a new trial, I will not be found guilty.

I DO HEREBY DECLARE UNDER THE PENALTY OF PERJURY PURSANT TO 28 U.S.C. §1746 That the statements made by me in this affidavit and in the Motion for D.N.A. testing are true and correct and not made to harass anyone or delay administration of justice but are made to secure proof that I am innocent.

SIGNED ON THIS 4 DAY OF AGusT 2015.

BY: _____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE ___APPEAL___ DISTRICT OF TEXAS**
___CRIMINAL APPEAL___ **DIVISION**

KENDRICK WRIGHT 1669021
Plaintiff's name and ID Number

NEAL UNIT AMARILLO, TX
Place of Confinement

CASE NO._____
(Clerk will assign the number)

V.

**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

KENDRICK WRIGHT NEAL UNIT AMARILLO, TX
Defendant's name and address   9055 SPUR 591

I, __KENDRICK WRIGHT__, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1.  Have you received, within the last 12 months, any money from any of the following sources?

    a.  Business, profession or from self-employment?     Yes ☐   No ☑
    b.  Rent payments, interest or dividends?     Yes ☐   No ☑
    c.  Pensions, annuities or life insurance payments?     Yes ☐   No ☑
    d.  Gifts or inheritances?     Yes ☐   No ☑
    e.  Family or friends?     Yes ☑   No ☐
    f.  Any other sources?     Yes ☐   No ☑

If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

THROUGH JPAY ABOUT 30.00 to 40.00

2.  Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
        Yes ☐       No ☑

If you answered **YES** to any of the questions above, state the total value of the items owned.

1

☆ATCIFP (REV. 9/02)

3. Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☐        No ☑

If you answered **YES**, describe the property and state its approximate value.

_____

_____

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the ____*July*____ day of ____*28*____, 20 *15*.

____*Hendrick M. Wright*____   ____*166 9021*____
Signature of Plaintiff                     ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

☆ATCIFP (REV. 9/02)

```
CSINIB02/CINIB02     TEXAS DEPARTMENT OF CRIMINAL JUSTICE      08/04/15
KN34/GJ00005              IN-FORMA-PAUPERIS DATA                06:10:01
TDCJ#: 01669021 SID#: 08565533 LOCATION: NEAL        INDIGENT DTE: 07/20/15
NAME: WRIGHT,KENDRICK MEANS              BEGINNING PERIOD: 02/01/15
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:        0.00 TOT HOLD AMT:        0.00 3MTH TOT DEP:      55.00
6MTH DEP:        130.00 6MTH AVG BAL:        5.07 6MTH AVG DEP:      21.67
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
07/15      30.00           30.00       04/15      26.61           0.00
06/15      25.00           25.00       03/15      75.00          75.00
05/15       0.99            0.00       02/15       0.00           0.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _Potter_
ON THIS THE _4_ DAY OF _August_ , _15_ , I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _01669021_ OR SID NUMBER: _____



Gerald Wayne Whitfield, Jr.
NOTARY PUBLIC,
STATE OF TEXAS
My Commission Expires 06-07-2019
NOTARY WITHOUT BOND